325 So.2d 926
**Robert HUNTER, alias**

v.

**STATE.**

**6 Div. 646.**

Court of Criminal Appeals of Alabama.

Jan. 20, 1976.

AFTER REMAND FROM SUPREME COURT OF ALABAMA:

Reversed and remanded, without opinion, on mandate of Supreme Court of Alabama, 295 Ala. 180, 325 So.2d 921.

329 So.2d 111
**Jackie JONES**

v.

**STATE.**

**8 Div. 776.**

Court of Criminal Appeals of Alabama.

March 16, 1976.

James Francis, Decatur, for appellant.

William J. Baxley, Atty. Gen., and Jane LeCroy Robbins, Asst. Atty. Gen., for the State.

CATES, Presiding Judge.

This conviction was based on a plea of guilt to grant larceny and receiving. The appellant pleaded not guilty to a charge of burglary of a railroad car from which the goods were stolen.

This case in controlling points is identical with that of *Jones v. State,* 56 Ala.App. 419, 329 So.2d 108. On authority thereof a judgment of discharge on Count I (box car burglary) is here rendered. The judgment of conviction as to Counts II and III is affirmed.

AFFIRMED IN PART; REVERSED AND RENDERED IN PART.

All the Judges concur.